IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-02153-JPM-tmp ) ) |
| NIDA AMRO, | ) ) |
| Defendant. | ) ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Stipulation, filed on August 9, 2022 (ECF No. 15), and the Court having entered an Order of Dismissal (ECF No. 16),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  August 15, 2022
Date